No. 09-9613. Jose Luis Murillo-Rodriguez, Petitioner v. United States.

559 U.S. 1082, 130 S. Ct. 2125, 176 L. Ed. 2d 748, 2010 U.S. LEXIS 3147.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 358 Fed. Appx. 948.

No. 09-9615. Michael Breon, Petitioner v. United States.

559 U.S. 1082, 130 S. Ct. 2126, 176 L. Ed. 2d 748, 2010 U.S. LEXIS 3181.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 357 Fed. Appx. 615.

No. 09-9621. Anthony Lamonte Pace, Petitioner v. United States.

559 U.S. 1082, 130 S. Ct. 2126, 176 L. Ed. 2d 748, 2010 U.S. LEXIS 3137.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 356 Fed. Appx. 656.

No. 09-9623. James Bernis Midkiff, Petitioner v. United States.

559 U.S. 1082, 130 S. Ct. 2126, 176 L. Ed. 2d 748, 2010 U.S. LEXIS 3241.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 596 F.3d 236.

No. 09-9624. Gary L. Adams, Petitioner v. United States.

559 U.S. 1082, 130 S. Ct. 2126, 176 L. Ed. 2d 748, 2010 U.S. LEXIS 3184.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 928.

No. 09-9627. John Lee Boyd, Jr., Petitioner v. United States.

559 U.S. 1082, 130 S. Ct. 2126, 176 L. Ed. 2d 748, 2010 U.S. LEXIS 3192.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 711.

No. 09-9628. Donalt Yovani Martinez-Martinez, Petitioner v. United States.

559 U.S. 1082, 130 S. Ct. 2126, 176 L. Ed. 2d 748, 2010 U.S. LEXIS 3177.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 357 Fed. Appx. 584.

No. 09-9633. Gregory Jens, Petitioner v. Larry Jenkins, Warden.

559 U.S. 1082, 130 S. Ct. 2127, 176 L. Ed. 2d 748, 2010 U.S. LEXIS 3230.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.